UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CBS MARKETING & CONSULTING
GROUP, LLC,

        Debtor.
_____/

Case No. 08-10765-JKO

Chapter 7

SONEET R. KAPILA, TRUSTEE,

        Plaintiff,

vs.

THE LAW OFFICES OF KANNER & PIN-
TALUGA, P.A. a/k/a KANNER & PINTALUGA,

        Defendant.
_____/

Adv. Proc. No. _____

## COMPLAINT

The plaintiff, Soneet R. Kapila, Trustee, sues the defendant, The Law Offices of Kanner & Pintaluga, P.A., and states:

1. The plaintiff is the trustee in this chapter 7 proceeding, which was commenced by the debtor filing a voluntary petition on January 23, 2008.

2. The court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b), and 28 U.S.C. §157(c), and the district court's local rule 87.2 referring proceedings to this court. This is a non-core proceeding.

3. All conditions precedent to the filing of this action have occurred.

4. Pursuant to 11 USC § 323(a), the trustee is representative of the estate of the debtor.

5. The defendant is a Florida corporation, with its principal place of business in

Hollywood, Florida.   It is also sometimes known as Kanner & Pintaluga.

## COUNT I
(Breach of Contract for Services)

The plaintiff realleges Paragraphs 1 through 5 as if set forth in this count.

6.   Between December 2006 and October 2007 the defendant solicited the services of the debtor to provide placement of advertisements with various media companies providing billboards, radio broadcasts and television broadcast and cable services, whereby the debtor would buy the advertising and charge the media company's gross billing to the defendant.

7.   Pursuant to this agreement, the debtor placed advertisements, in the defendant's name and with the advertising copy, script, and graphics preapproved by the defendant placed on billboards, radio broadcasts, and television broadcasts and television cable transmissions.

8.   The cost of these advertising placements, or media "buys," that were actually placed totaled $478,983.00.

9.   Copies of invoices describing the media buys are attached as Composite Exhibit A. A summary of the invoices, each of which was issued after placement of the advertising, is included as the first page of Exhibit A.

10.   To date the defendant has paid only $308,500.00 of this balance, leaving the remaining $170,483.00 due and unpaid.

11.   Despite the debtor's demand to the defendant for payment, the defendant has not paid this balance.

WHEREFORE, the plaintiff demands judgment against the defendant in the amount of $170,483.00, plus interest from the date of each invoice.

## COUNT II
(Alternatively: Quantum Meruit; Implied Contract)

The plaintiff realleges Paragraphs 1 through 5 as if set forth in this count.

12. Between December 2006 and October 2007, the defendant requested that the debtor provide the defendant marketing services by placing advertisements for the defendant on billboards, radio broadcasts, and television broadcasts and cable transmissions.

13. In reliance on this request, the debtor placed advertisements in the defendant's name on billboards, radio broadcasts, and television broadcasts and television cable transmissions.

14. The defendant accepted the exclusive benefit of the debtor's placement of that advertising described in Exhibit A with the knowledge that the defendant would be expected to pay for it.

15. The value of the benefit of these advertising placements, or media "buys," to the defendant was $478,983.

16. To date the defendant has paid only $308,500 of this benefit, leaving the remaining $170,483 due and unpaid.

17. Despite the debtor's demand to the defendant for payment, the defendant has not paid this balance.

18. In the absence of a contract, the plaintiff has no adequate remedy at law.

WHEREFORE, the plaintiff demands judgment against the defendant for $170,483.00 plus interest from the date of each invoice.

Dated: August 7, 2008

LAW OFFICE OF PATRICK SCOTT
Counsel for Plaintiff
111 S.E. 12th Street, Suite B
Fort Lauderdale, FL 33316-1813
(954) 523-1615
Fax: (954) 523-1614
s/
Patrick S. Scott
Fla. Bar No. 290025

080609mComplaint